## CITY OF BILOXI *v.* POLITE BORRIES.

1. MUNICIPALITIES. *Privilege taxes. Meat market. Code* 1892, §§ 2935, 2972, 3370, 3412. *Laws* 1898, *ch.* 5, *sec.* 55.

    Municipalities are not empowered by code 1892, § 2935, to impose a greater privilege tax on meat markets than fifty per centum of the state license tax on the same, as provided by code 1892, §§ 2972, 3412, as amended, laws 1898, ch. 5, sec. 55.

2. STATUTORY CONSTRUCTION. *Pari materia.*

    Statutes in *pari materia* must be construed together.

FROM the chancery court of Harrison county.

HON. NATHAN C. HILL, Chancellor.

Borries, the appellant, was complainant and the city of Biloxi was defendant in the court below. The municipal authorities passed an ordinance assuming to impose a privilege tax on the business of meat markets in said city greater in amount than fifty per centum of the state privilege tax. Appellant was engaged in conducting such a market, and enjoined the collection of that part of the tax in excess of said fifty per centum. The city's motion to dissolve the injunction being overruled in the court below, it appealed to the supreme court.

*White & Harper*, for appellants.

Section 2935, code of 1892, provides that the board of mayor and aldermen shall have power to establish and maintain and may provide for the government and regulation of markets, market-houses and places, and meat shops, and to collect a license thereupon, and determine the amount of tax to be paid therefor. It is contended that this section has been limited, so far as relates to the power of the mayor and board of aldermen to determine the amount of license to be paid, by § 2972, same code. The last section gives powers to large towns and cities, and is by no means restrictive. It was not intended nor does it repeal § 2935 in any of its parts.

*W. H. Maybin* and *Neville & Griffith*, for appellee.

The case of *Greenwood* v. *Delta Bank*, 75 Miss., 162, is absolutely conclusive of this case. Laws 1898, p. 20, sec. 55; Code 1892, §§ 3370, 2972, 3412. These statutes are upon the same subject, in *pari materia*, and must be construed as a connected whole.

WHITFIELD, C. J., delivered the opinion of the court.

The case of *Greenwood* v. *Delta Bank*, 75 Miss., 162, controls the case. Section 2935, code of 1892, must be construed in connection with §§ 3370, 2972, 3412.

The city had power to levy only fifty per centum of the state tax.

*Affirmed.*